37604. CHAMBLISS v. CAMP et al.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*Jordan, C. J., Hill, P. J., Marshall, Clarke, Smith and Gregory, JJ., concur.*

DECIDED SEPTEMBER 9, 1981.

*Kenneth G. Levin,* for appellant.

*Patrick & Warner, Griffin Patrick, Jr., Robin Nash, Douglas B. Warner, James A. Goldstein,* for appellees.